IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

GRAHAM, JOHN WILLIAM                    CASE # 13-40202-7
GRAHAM, STACY YVONNE

            Debtors.

**APPLICATION TO APPROVE EMPLOYMENT OF ATTORNEYS
AS SPECIAL COUNSEL, TO APPROVE PROPOSED FEE ARRANGEMENT
AND TO ALLOW DEBTOR A PERCENTAGE OF RECOVERY**

COMES now the duly qualified and acting Trustee, Darcy D. Williamson, and moves the Court for an order appointing and employing Tai J. Vokins of Cornwell & Vokins, as attorney and special counsel for the Trustee in the above-captioned matter. In support of this request, the Trustee alleges and states that:

1. On March 7, 2013, the Debtors John William Graham and Stacy Yvonne Graham filed a voluntary Chapter 7 bankruptcy petition.

2. Darcy D. Williamson is the duly appointed and acting Chapter 7 Trustee.

3. Following the filing of this Chapter 7 bankruptcy, the parties discerned that a tort claim and/or KCPA claim exists ("the claim"). The claim arose pre-petition and before this bankruptcy filing and constitutes property of the bankruptcy estate pursuant to 11 U.S.C. § 541.

4. The Trustee wishes to employ the law firm of Cornwell & Vokins, 142 N. Cherry St., Olathe, Kansas 66061, to act as legal counsel for the Trustee during the pendency of this case and to pursue the claim.

5. The Trustee has selected Tai J. Vokins of Cornwell & Vokins, who is well qualified to continue to provide legal representation throughout this Chapter 7 bankruptcy proceeding and any lawsuit regarding the claim, as described above.

6. The professional services Cornwell & Vokins are to provide will be limited to handling and pursuing the claim as follows:

1

A.  To provide the Trustee with legal advice with respect to the pursuit of the claim via trial or other resolution;

B.  To prepare on behalf of the Trustee any and all demand letters, complaints, petitions, applications, answers, orders, reports, discovery, and other pleadings and legal papers; and

C.  To perform all other legal services for the Trustee which may be necessary herein in pursuit and resolution of the claim.

7.  To the best of the Trustee's knowledge, Cornwell & Vokins has no connection with the Trustee or Debtor's creditors, or any other party in interest, or their attorneys.

8.  The Trustee proposes that Cornwell & Vokins be paid  a contingency fee on the "net recovery", as set forth below.  "Net recovery" is that sum remaining after out of pocket expenses advanced by Cornwell & Vokins on behalf of the estate/Trustee have been deducted from the recovery.  Actual out of pocket expenses are those that are reasonably and necessarily incurred in pursuit of the claim.

A.  The contingent fee of 33 1/3 percent, net of expenses, if settlement is made prior to filing suit.

B.   The contingent fee will be 40 percent, net of expenses, if suit is filed.

9.  Cornwell & Vokins will keep the Trustee apprized of events and details of this case and will keep records any actual and necessary expenses incurred for which it may seek reimbursement.

10.  The attorneys in Cornwell & Vokins, are licensed to practice law in the State of Kansas.  The firm is familiar with the facts and circumstances of the claim and have experience handling these types of cases.  The law firm of Cornwell & Vokins represents no interest adverse to the Debtors, the Trustee, or the estate in the matters upon which it is to be engaged.  Its employment would be in the best interest of this estate.

11.  All attorney's fees and expenses are subject to the final approval of the Bankruptcy Court. A copy of the fee agreement is attached hereto and made a part hereof.

12. In pursuit of this case, the Trustee and counsel will need the assistance and cooperation of the Debtors. The Trustee proposes to remit twenty-five percent (25%) of any net remaining sum to the Debtors and the estate will retain seventy-five percent (75%). The net remaining sum is that amount remaining after payment of attorney's fees, expenses, and costs of litigation, etc. as described in Paragraph 8 above.

WHEREFORE, the Trustee prays the Court for an order employing this attorney as stated above in accordance with this motion and further prays for all other proper relief.

Respectfully submitted,

s/ Darcy D. Williamson
DARCY D. WILLIAMSON, Trustee
Attorney # 11337
510 SW 10th Avenue
Topeka  KS  66612
(785) 233-9908
trustee@ddwlaw.kscoxmail.com

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing **APPLICATION TO APPROVE EMPLOYMENT OF ATTORNEYS AS SPECIAL COUNSEL, TO APPROVE PROPOSED FEE ARRANGEMENT AND TO ALLOW DEBTOR A PERCENTAGE OF RECOVERY** was filed electronically on February 18, 2014, with the United States Bankruptcy Court for the District of Kansas, and shall be served on parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties listed below, and on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas.

John & Stacy Graham, 15120 Green Randolph Rd., Leonardville, KS 66447
Tai J. Vokins, Cornwell & Vokins, 142 N. Cherry St., Olathe, KS 66061
Brenda J. Bell, 103 S. 4th St., Ste. 205, Manhattan, KS 66502
US Trustee, 301 N. Main St., #500, Wichita, KS 67202

s/ Darcy D. Williamson
DARCY D. WILLIAMSON, Trustee

3