IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

GRAHAM, JOHN WILLIAM  CASE # 13-40202-7
GRAHAM, STACY YVONNE

Debtor(s).

## AFFIDAVIT OF PROPOSED ATTORNEY

STATE OF KANSAS

SS:

COUNTY OF SHAWNEE

**BEFORE ME,** the undersigned notary public, personally came and appeared Tai J. Vokins of Cornwell & Vokins, who after being duly sworn, did depose and state:

That he is an attorney duly admitted to practice in the State of Kansas and before the United States District Court for the District of Kansas; that he maintains a practice of law at 142 N. Cherry St., Olathe, KS 66061; that his tax identification number is ▓▓▓▓▓▓ *0368*  ; that he has no connection with the above named debtor or its creditors in this estate other than the interest disclosed in the Trustee's Application to Approve Employment of Attorneys as Special Counsel, to Approve Proposed Fee Arrangement and to Allow Debtor a Percentage of Recovery; that he is not related to or employed by the U.S. Trustee or any person employed therein and that he has no connection with the U.S. Trustee; that he represents no adverse interest to the debtor or debtor's estate; and that he understands there is a continuing duty to disclose any such adverse interest.

The social security number or tax identification number is not published in this Affidavit.

**FURTHER AFFIANT SAYETH NAUGHT.**

Tai J. Vokins, KS #_23203_
Cornwell & Vokins
142 N. Cherry St.
Olathe, KS 66061
913-254-7600 Phone
913-254-7602 Fax
taivokins@cornwellvokins.com

SUBSCRIBED AND SWORN TO before me this _13_ day of _February_, 2014

NOTARY PUBLIC

My Appointment Expires:

6-19-2014